No. 11,413.

BROWN, ET AL. *v.* RUDE.

Decided December 7, 1925.

*Judgment Affirmed.*

*On Application for Supersedeas.*

Mr. WILLIAM H. DICKSON, Mr. WILLIAM C. KIRK, for plaintiffs in error.

Messrs. DANA, BLOUNT & SILVERSTEIN, for defendant in error.

*En banc.*

PER CURIAM.

We have carefully examined the record in this case and find no error therein. The application for a supersedeas is therefore denied and the judgment affirmed.